# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## at LONDON

Civil Action No. 08-106-HRW

**BONNIE MAYFIELD,**                                              **PLAINTIFF,**

v.                     **JUDGMENT**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**          **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.     pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

    B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

    C.     this action is **STRICKEN** from the active docket of the Court.

This __5__ day of January, 2009.

                                                     Henry R. Wilhoit, Jr., Senior Judge